Argued October 26, affirmed October 26, 1971

STATE OF OREGON, *Respondent, v.*
PAUL PATRICK TURNER, *Appellant.*

489 P2d 972

*Charles Paulson,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.